UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CR122-087 |
| ) | |
| KEVON QUANTAE DAVIS       ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Kristina G. Connell** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Kristina G. Connell** be granted leave of absence for the following periods: May 15, 2023 through May 19, 2023; May 26, 2023 through June 2, 2023; and July 3, 2023 through July 7, 2023.

**SO ORDERED**, this the _11th_ day of April, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA